UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                    Case No. 21-cr-0039-bhl

DIMITRIOUS M WREN,

        Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

On December 28, 2021, the government filed a Motion for Entry of a Final Order and Judgment of Forfeiture (ECF No. 46). Based on the motion and supporting materials, including the declaration of Assistant United States Attorney Erica J. Lounsberry (ECF No. 47), the government has satisfied the requirements for entry of a forfeiture judgment under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Accordingly,

IT IS ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the government's Motion for Final Order of Forfeiture and Judgment (ECF No. 46) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States has clear title to the Glock, model 21, .45 caliber pistol, bearing serial number NVP434, described in the forfeiture notice of the indictment filed on February 9, 2021, and may dispose of the property according to law.

Dated at Milwaukee, Wisconsin on December 29, 2021.

                                              s/ *Brett H. Ludwig*
                                              BRETT H. LUDWIG
                                              United States District Judge